## United States District Court for the Northern District of Illinois

Case Number: __08 c 50140__  Assigned/Issued By: _[signature]_

### FEE INFORMATION

**Amount Due:** [x] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____

*(For use by Fiscal Department Only)*

Amount Paid: __350—__  Receipt #: __0752000000 / 2927778__

Date Paid: __7-11-08__  Fiscal Clerk: _[signature]_

### ISSUANCES

**Type Of Issuance:**
[x] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets
[ ] Writ _____ (Type of Writ)

__2__ Original and __0__ copies on __7-11-08__ (Date) as to __defts__

C:\wpwin80\docket\feeinfo.frm 01/01