# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

*Received JUL 2008 — Stephenson County Sheriff's Office*

The Construction Industry Welfare Fund of Rockford, Illinois.; The Construction Industry Retirement Fund of Rockford, Illinois

V.

CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC., and ALL WEATHER CONSTRUCTION, INC.

CASE NUMBER: **08 C 50140**

ASSIGNED JUDGE: Kapala

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

CHAD ENCHEFF
d/b/a ENCHEFF ORGANIZATION, INC., and
ALL WEATHER CONSTRUCTION, INC.
1654 BURCKHARDT LANE
FREEPORT, IL 61032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

7-11-08

DATE

Sheriff's Office, County of Stephenson
PROOF OF SERVICE

CASE #      08C50140         CASE SEQUENCE    110981
FILED DATE  7/11/08          RECEIVED DATE    7/16/08       DIE DATE    7/30/08

DEFENDANT/WITNESS       ENCHEFF, CHAD J
PRIMARY ADDRESS:                              ALTERNATE/EMPLOYER ADDRESS:
    1654 BURKHARDT LN                             D/B/A ENCHEFF ORGANIZATION INC
    FREEPORT, IL 61032

                                              MARC M PEKAY
PLAINTIFF   CONSTRUCTION INDUSTRY WELFARE FUN  CHICAGO, IL 60602
************************************************************************
PAPERS SERVED: SUMMONS IN A CIVIL CASE/COMPLAINT

(A)  I CERTIFY THAT I SERVED THE ABOVE PAPERS ON THE DEFENDANT AS FOLLOWS:

____ 1  PERSONAL SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
        WITH THE NAMED DEFENDANT PERSONALLY.

____ 2  SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
        AT THE ABOVE ABODE WITH SOME PERSON OF THE FAMILY, OF THE AGE OF 13
        YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS
        THEREOF. ALSO, A COPY OF THE ABOVE PAPERS WAS MAILED TO THE
        DEFENDANT AT THE ABOVE ADDRESS.

  X  3  SERVICE ON:  CORPORATION    COMPANY    BUSINESS    PARTNERSHIP
        BY LEAVING A COPY OF THE ABOVE PAPERS (OR INTERROGATORIES)
        WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE
        DEFENDANT.

(B)  David A. Snyders, SHERIFF              Dave Knight #27     DEPUTY

     NAME OF DEFENDANT/WITNESS - ENCHEFF, CHAD J        DOB. 9-15-85
       SEX   M           RACE  W         DOB  8/29/80

     PERSON SERVED FOR DEFENDANT/WITNESS  SHARI K. LOCHOWITZ
     RELATIONSHIP TO DEFENDANT/WITNESS    SECRETARY
     ADDRESS SERVED   1654 BURKHARDT LN.
     TOWNSHIP SERVED  _____
     THIS   17  DAY OF   JULY    , 2008     TIME  1:36  AM/PM

     ADDITIONAL REMARKS  _____

************************************************************************
REASON NOT SERVED:         ATTEMPTED SERVICES         SHERIFFS FEES:
____ MOVED                 DATE         TIME          SERVICE   _____
____ WRONG ADDRESS         ___/___/___  ___:___AM/PM
____ RETURNED BY ATTY                                 MILEAGE   _____
____ OTHER REASONS         ___/___/___  ___:___AM/PM
                                                      RETURN    _____
                           ___/___/___  ___:___AM/PM
                                                      ATTEMPT(S) _____
                           ___/___/___  ___:___AM/PM
                                                      TOTAL     _____

____ NOT SERVED    DATE_____         DEPUTY_____