AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Construction Industry Welfare Fund of Rockford, Illinois.; The Construction Industry Retirement Fund of Rockford, Illinois

V.

CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC., and ALL WEATHER CONSTRUCTION, INC.

CASE NUMBER: **08 C 50 1 40**

ASSIGNED JUDGE: Kapala

DESIGNATED MAGISTRATE JUDGE: Mahoney

**TO:** (Name and address of Defendant)

CHAD ENCHEFF
d/b/a ENCHEFF ORGANIZATION, INC., and
ALL WEATHER CONSTRUCTION, INC.
1654 BURCKHARDT LANE
FREEPORT, IL 61032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: 7-11-08

[Received JUL 2008 Stephenson County Sheriff's Office stamp]

## Sheriff's Office, County of Stephenson
## PROOF OF SERVICE

CASE #      08C50140           CASE SEQUENCE    110981
FILED DATE  7/11/08   RECEIVED DATE   7/16/08      DIE DATE    7/30/08

DEFENDANT/WITNESS     ENCHEFF, CHAD
PRIMARY ADDRESS:                              ALTERNATE/EMPLOYER ADDRESS:
    1654 BURKHARDT LN                             D/B/A ALL WEATHER CONSTRUCTION
    FREEPORT, IL 61032                            INC


                                              MARC M PEKAY
PLAINTIFF   CONSTRUCTION INDUSTRY WELFARE FUN   CHICAGO, IL 60602
*************************************************************************
PAPERS SERVED: SUMMONS IN A CIVIL CASE/COMPLAINT

(A)   I CERTIFY THAT I SERVED THE ABOVE PAPERS ON THE DEFENDANT AS FOLLOWS:

____  1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE ABOVE PAPERS
        WITH THE NAMED DEFENDANT PERSONALLY.

____  2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
        AT THE ABOVE ABODE WITH SOME PERSON OF THE FAMILY, OF THE AGE OF 13
        YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS
        THEREOF.  ALSO, A COPY OF THE ABOVE PAPERS WAS MAILED TO THE
        DEFENDANT AT THE ABOVE ADDRESS.

  X   3 SERVICE ON:  CORPORATION    COMPANY    BUSINESS    PARTNERSHIP
        BY LEAVING A COPY OF THE ABOVE PAPERS (OR INTERROGATORIES)
        WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE
        DEFENDANT.

(B)   David A. Snyders, SHERIFF          Dave Knoff #27     DEPUTY

      NAME OF DEFENDANT/WITNESS - ENCHEFF, CHAD  (9/15/85)
         SEX ___       RACE ___       DOB 9/15/85

      PERSON SERVED FOR DEFENDANT/WITNESS   SHARI K. LOCHOWITZ
      RELATIONSHIP TO DEFENDANT/WITNESS     SECRETARY
      ADDRESS SERVED   1654 BURKHARDT LN.
      TOWNSHIP SERVED
      THIS  17  DAY OF   JULY       , 2008    TIME  1:36 AM/(PM)

      ADDITIONAL REMARKS  _____

*************************************************************************
REASON NOT SERVED:          ATTEMPTED SERVICES         SHERIFFS FEES:
____ MOVED                    DATE       TIME            SERVICE    _____
____ WRONG ADDRESS          __/__/__   __:__ AM/PM
____ RETURNED BY ATTY                                    MILEAGE    _____
____ OTHER REASONS          __/__/__   __:__ AM/PM
                                                         RETURN     _____
                            __/__/__   __:__ AM/PM
                                                         ATTEMPT(S) _____
                            __/__/__   __:__ AM/PM
                                                         TOTAL      _____


____ NOT SERVED   DATE_____           DEPUTY_____