UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Western Division

The Construction Industry Welfare Fund of Rockford, Illinois, et al.

Plaintiff,

v.

Case No.: 3:08−cv−50140

Honorable Frederick J. Kapala

Chad Encheff, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2008:

MINUTE entry before the Honorable P. Michael Mahoney: Status hearing set for 10/8/2008 at 01:30 PM. Plaintiff is directed to notify any party filing an appearance subsequent to the entry of this order, of the status hearing. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.