IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, <br><br>  Plaintiffs, <br> v. <br><br> CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC. and ALL WEATHER CONSTRUCTION, INC., <br><br>  Defendants. | **CASE NO. 08 C 50140** <br><br> Judge Frederick Kapala <br> Magistrate Judge Michael Mahoney |

### MOTION FOR DEFAULT JUDGMENT AND TO COMPEL AN AUDIT

**NOW COMES** the Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS (hereinafter referred to as the "Plaintiffs" or the "Funds"), by and through their attorney, MARC M. PEKAY, P.C. and hereby move for an Entry of Default and to Compel an Audit against the Defendants, CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC. and ALL WEATHER CONSTRUCTION, INC. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on July 11, 2008, seeking unpaid contributions from August 1, 2007 to present, an audit for hours beginning August 1, 2007 to present and unpaid liquidated damages and legal fees in the amount of $6,328.02.

2. The Defendants were served with the Complaint and Summons on

July 11, 2008 (Attached hereto as Exhibit A).

3. The time in which the Defendant had to answer or otherwise plead has expired.

4. Pursuant to Section 502 of the Employee Retirement Act of 1974 ("ERISA"), as amended, 29 U.S.C. §1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185, the Agreement, and the Plaintiffs' respective Agreements, Defendants, should be ordered to submit current benefit and dues reports and contributions and to submit its books and records to an audit.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an Order finding:

a. Defendant, CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC. and Defendant, ALL WEATHER CONSTRUCTION, INC. are in default;

b. The Defendants, CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC. and ALL WEATHER CONSTRUCTION, INC., are to submit current benefit and dues reports and contributions and to submit its books and records to an audit beginning August 1, 2007 to present.

c. Plaintiffs further request that this Court retain jurisdiction to enter Default Judgment in Sum Certain upon conclusion of the audit including all unpaid contributions, interest, liquidated damages, accumulated interest and liquidated damages on late reports, audit costs, and Plaintiffs' attorney's fees and costs pursuant to the terms of the Collective Bargaining Agreement, the Plaintiffs' respective Agreements and Declarations of Trust, and 29 U.S.C. §1132(g)(2);

      d.    Any other further legal and equitable relief as this Court deems appropriate.

Respectfully submitted,

THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, *ET AL.*

By: s/Marc M. Pekay
      MARC M. PEKAY, attorney for Plaintiffs

MARC M. PEKAY, P.C.
30 North LaSalle St.
Suite 2426
Chicago, IL  60602
(312) 606-0980

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Construction Industry Welfare Fund of Rockford, Illinois.; The Construction Industry Retirement Fund of Rockford, Illinois

V.

CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC., and ALL WEATHER CONSTRUCTION, INC.

CASE NUMBER: **08 C 50140**

ASSIGNED JUDGE: Kapala

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

CHAD ENCHEFF
d/b/a ENCHEFF ORGANIZATION, INC., and
ALL WEATHER CONSTRUCTION, INC.
1654 BURCKHARDT LANE
FREEPORT, IL 61032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE 7-11-08

Received Stephenson County Sheriff's Office

Sheriff's Office, County of Stephenson
PROOF OF SERVICE

CASE #     08C50140         CASE SEQUENCE    110981
FILED DATE  7/11/08         RECEIVED DATE    7/16/08         DIE DATE    7/30/08

DEFENDANT/WITNESS     ENCHEFF, CHAD
PRIMARY ADDRESS:                              ALTERNATE/EMPLOYER ADDRESS:
    1654 BURKHARDT LN                             D/B/A ALL WEATHER CONSTRUCTION
    FREEPORT, IL 61032                            INC

                                              MARC M PEKAY
PLAINTIFF  CONSTRUCTION INDUSTRY WELFARE FUN  CHICAGO, IL 60602
*****************************************************************************
PAPERS SERVED: SUMMONS IN A CIVIL CASE/COMPLAINT

(A)  I CERTIFY THAT I SERVED THE ABOVE PAPERS ON THE DEFENDANT AS FOLLOWS:

____ 1  PERSONAL SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
        WITH THE NAMED DEFENDANT PERSONALLY.

____ 2  SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
        AT THE ABOVE ABODE WITH SOME PERSON OF THE FAMILY, OF THE AGE OF 13
        YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS
        THEREOF. ALSO, A COPY OF THE ABOVE PAPERS WAS MAILED TO THE
        DEFENDANT AT THE ABOVE ADDRESS.

__X_ 3  SERVICE ON: CORPORATION    COMPANY    BUSINESS    PARTNERSHIP
        BY LEAVING A COPY OF THE ABOVE PAPERS (OR INTERROGATORIES)
        WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE
        DEFENDANT.

(B)  David A. Snyders, SHERIFF            _Tave Knoff #27_____ DEPUTY

     NAME OF DEFENDANT/WITNESS - ENCHEFF, CHAD
         SEX ___          RACE ___          DOB  9/15/85
     PERSON SERVED FOR DEFENDANT/WITNESS  SHARI K. LOCHOWITZ
     RELATIONSHIP TO DEFENDANT/WITNESS    SECRETARY
     ADDRESS SERVED   1654 BURKHARDT LN.
     TOWNSHIP SERVED
     THIS  17  DAY OF   JULY        , 2008    TIME  1:36  AM/(PM)

     ADDITIONAL REMARKS   _____

*****************************************************************************
REASON NOT SERVED:          ATTEMPTED SERVICES        SHERIFFS FEES:
____ MOVED                  DATE         TIME          SERVICE     _____
____ WRONG ADDRESS          __/__/__     __:__ AM/PM
____ RETURNED BY ATTY                                  MILEAGE     _____
____ OTHER REASONS          __/__/__     __:__ AM/PM
                                                       RETURN      _____
                            __/__/__     __:__ AM/PM
                                                       ATTEMPT(S)  _____
                            __/__/__     __:__ AM/PM
                                                       TOTAL       _____

____ NOT SERVED    DATE_____         DEPUTY_____

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

*Received JUL 2008, Stephenson County Sheriff's Office*

The Construction Industry Welfare Fund of Rockford, Illinois.; The Construction Industry Retirement Fund of Rockford, Illinois

V.

CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC., and ALL WEATHER CONSTRUCTION, INC.

CASE NUMBER: **08 C 50 1 40**

ASSIGNED JUDGE: Kapala

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

CHAD ENCHEFF
d/b/a ENCHEFF ORGANIZATION, INC., and
ALL WEATHER CONSTRUCTION, INC.
1654 BURCKHARDT LANE
FREEPORT, IL 61032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

7-11-08

DATE

Sheriff's Office, County of Stephenson
PROOF OF SERVICE

CASE # 08C50140        CASE SEQUENCE   110981
FILED DATE  7/11/08    RECEIVED DATE   7/16/08      DIE DATE   7/30/08

DEFENDANT/WITNESS     ENCHEFF, CHAD J
PRIMARY ADDRESS:                           ALTERNATE/EMPLOYER ADDRESS:
    1654 BURKHARDT LN                          D/B/A ENCHEFF ORGANIZATION INC
    FREEPORT, IL 61032


                                           MARC M PEKAY
PLAINTIFF  CONSTRUCTION INDUSTRY WELFARE FUN    CHICAGO, IL 60602
************************************************************************
PAPERS SERVED: SUMMONS IN A CIVIL CASE/COMPLAINT

(A)  I CERTIFY THAT I SERVED THE ABOVE PAPERS ON THE DEFENDANT AS FOLLOWS:

____ 1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE ABOVE PAPERS
       WITH THE NAMED DEFENDANT PERSONALLY.

____ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
       AT THE ABOVE ABODE WITH SOME PERSON OF THE FAMILY, OF THE AGE OF 13
       YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS
       THEREOF.  ALSO, A COPY OF THE ABOVE PAPERS WAS MAILED TO THE
       DEFENDANT AT THE ABOVE ADDRESS.

 X   3 SERVICE ON: CORPORATION    COMPANY    BUSINESS    PARTNERSHIP
       BY LEAVING A COPY OF THE ABOVE PAPERS (OR INTERROGATORIES)
       WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE
       DEFENDANT.

(B)  David A. Snyders, SHERIFF           Dave Knight #27    DEPUTY
                                                    D.O.B. 9-15-85
     NAME OF DEFENDANT/WITNESS - ENCHEFF, CHAD J
         SEX   M          RACE   W      DOB   8/29/80

     PERSON SERVED FOR DEFENDANT/WITNESS   SHARI K. LOCHOWITZ
     RELATIONSHIP TO DEFENDANT/WITNESS     SECRETARY
     ADDRESS SERVED    1654 BURKHARDT LN.
     TOWNSHIP SERVED
     THIS   17   DAY OF   JULY    , 2008     TIME  1:36  AM/PM

     ADDITIONAL REMARKS   _____
                          _____
                          _____

************************************************************************
REASON NOT SERVED:         ATTEMPTED SERVICES       SHERIFFS FEES:
___ MOVED                  DATE         TIME        SERVICE   _____
___ WRONG ADDRESS        ___/___/___  ___:___AM/PM
___ RETURNED BY ATTY                                MILEAGE   _____
___ OTHER REASONS        ___/___/___  ___:___AM/PM
                                                    RETURN    _____
                         ___/___/___  ___:___AM/PM
                                                    ATTEMPT(S) _____
                         ___/___/___  ___:___AM/PM
                                                    TOTAL     _____


___  NOT SERVED    DATE_____         DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br><br><br>CHAD ENCHEFF d/b/a ENCHEFF ORGANIZATION, INC. and ALL WEATHER CONSTRUCTION, INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08 C 50140<br><br>Judge Frederick Kapala<br>Magistrate Judge Michael Mahoney |

## ORDER

This matter having come to be heard on the Motion of Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIRMENT FUND OF ROCKFORD, ILLINOIS (hereinafter referred to as the "Plaintiffs" or the "Funds"), Motion for Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

　　1.　　That Defendant, Chad Encheff d/b/a Encheff Organization Inc. and Defendant, All Weather Construction, Inc. (hereinafter referred to as the "Defendants") are in default;

　　2.　　That the Defendants are to submit the following documents to the Law Offices of Marc M. Pekay, 30 N. LaSalle St., Suite 2426, Chicago, IL 60602 within 30

days from receipt of this Order for an audit covering the period August 1, 2007 through the present date. :

    a.    All cash disbursement journals;

    b.    All individual payroll records;

    c.    All time records which are the basis of the above-mentioned individual payroll records;

    d.    All state unemployment tax returns;

    e.    All union, pension, welfare and apprenticeship fund records beginning;

    f.    All other relevant records which would tend to show the employer's compliance with the terms of the Collective Bargaining Agreement that the employer paid contributions to the Plaintiff.

FURTHER, the Court retains jurisdiction to enter judgment in a sum to be ascertained upon the completion of the audit.

Enter:

_____
The Honorable Magistrate Judge
Mahoney of the United States
District Court

Dated:_____